### 30014. OUTLAW *et al.* v. THE STATE.

MacIntyre, J. The defendants were convicted of simple larceny (cow stealing) and their motion for new trial embraced the general grounds only. The evidence connecting them with the offense charged, while wholly circumstantial, was sufficient to authorize the jury to find that it excluded every reasonable hypothesis except that of their guilt. The overruling of the motion for new trial was not error.

*Judgment affirmed. Broyles, C. J., and Gardner, JJ., concur.*

DECIDED APRIL 30, 1943.

*Rowland & Rowland,* for plaintiff in error.
*J. Eugene Cook, solicitor-general,* contra.